UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DONNA MASHA,

                              Plaintiff,

    v.                                  Civil Action No. 3:10–CV–248

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                              Defendant.

## **FINAL ORDER**

For the reasons stated in the accompanying Memorandum Opinion, the Court OVERRULES the Plaintiff's objections (ECF No. 12) and ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 11) DENYING Masha's Motion for Summary Judgment (ECF No. 7), GRANTING the Commissioner of Social Security's Motion for Summary Judgment (ECF No. 9), and AFFIRMING the Commissioner's decision denying benefits to Masha.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                                                _____/s/_____
                                                                James R. Spencer
                                                               Chief United States District Judge

ENTERED this     21st     day of June 2011.